1080

No. 89–1069. CLELAND ET UX. *v.* GRAYBAR ELECTRIC CO., INC. C. A. 3d Cir. Certiorari denied.

No. 89–1070. TERRY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 89–1071. LYNCH *v.* BELDEN & CO., INC. C. A. 7th Cir. Certiorari denied.

No. 89–1072. LATSHAW *v.* PENNSYLVANIA ET AL. Super. Ct. Pa. Certiorari denied.

No. 89–1077. AL-PAR, INC. *v.* BAIRD & WARNER, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–1083. J. I. HASS CO., INC. *v.* GILBANE BUILDING CO. C. A. 3d Cir. Certiorari denied.

No. 89–1092. HIGGINS *v.* MAHER ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–1093. BRIGGS *v.* SLETTEN, EXECUTIVE DIRECTOR, NORTH DAKOTA BOARD OF MEDICAL EXAMINERS, ET AL. Sup. Ct. N. D. Certiorari denied.

No. 89–1095. REED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–1099. ARIZONA EX REL. DEAN, TUCSON CITY ATTORNEY *v.* CITY COURT OF CITY OF TUCSON ET AL. (HARING ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Ariz. Certiorari denied.

No. 89–1102. GATTO ET AL. *v.* MERIDIAN MEDICAL ASSOCIATES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1107. SCHWAB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1127. AUSTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.